IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00016-01-CR-W-ODS |
| TYRONE L. PIKE, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
-------------------------

On November 15, 2005, defendant moved for a judicial determination of mental competency. Defendant was examined by John Wisner, M.D., a psychiatrist. On December 28, 2005, I held a competency hearing. Defendant was present, represented by Bruce Houdek. The government was represented by Assistant United States Attorney John Cowles. The parties stipulated to the findings of Dr. Wisner (Tr. at 2-3).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order

---

[1] "Tr". refers to the transcript of the competency hearing.

finding defendant competent to stand trial and to assist in his defense.

It is

ORDERED that each party has until January 5, 2006, to file and serve specific objections (Tr. at 3).

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
January 4, 2006